UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

United States of America

v.                                Criminal No. 11-cr-54-01-JL

Gregory Sallah

O R D E R

The assented to motion to reschedule jury trial (document no. 9 ) filed by defendant is granted in part.  The continuance is limited to 60 days; Final Pretrial is rescheduled to July 28, 2011 at 10:00; Trial is continued to the two-week period beginning August 2, 2011, 09:30.

Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

SO ORDERED.

_____
Joseph N. Laplante
United States District Judge

Date:  May 19, 2011


cc:  Terry L. Ollila, AUSA
     Tony F. Soltani, Esq.
     U.S. Marshal
     U.S. Probation