UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>United States of America</u>

       v.                      Criminal No. 11-cr-54-01-JL

<u>Gregory Sallah</u>

<u>O R D E R</u>

    The assented to motion to reschedule jury trial (document no. 12 ) filed by defendant is granted; Final Pretrial is rescheduled to August 29, 2011 at 12:00p.m.; Trial is continued to the two-week period beginning September 7, 2011, 09:30a.m..

    Defendant shall file a waiver of speedy trial rights within 10 days.  The court finds that the ends of justice served by granting a continuance outweigh the best interest of the public and the defendant in a speedy trial, 18 U.S.C. § 3161(h)(7)(B)(iv), for the reasons set forth in the motion.

    SO ORDERED.

                                                    _____
                                                  Joseph N. Laplante
                                                  United States District Judge

Date: July 18, 2011

cc:  Tony F. Soltani, Esq.
     Terry L. Ollila, AUSA.
     U.S. Marshal
     U.S. Probation